The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 15, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 15, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: Randall Maximovich      CASE NO: 19-12516

Debtor(s)      CHAPTER 13

JUDGE HARRIS

### ORDER GRANTING DEBTOR'S MOTION TO SET AND REQUEST FOR EXPEDITED HEARING ON MOTION TO BORROW TO PURCHASE A 2018 NISSAN SENTRA

This case came on for consideration of Debtor's motion to set and request for expedited hearing on their motion to incur debt to purchase a motor vehicle, ("Debtor's Motion").

**IT APPEARS** to the Court that interested parties have been consulted and consent to the expedited hearing.

**IT IS THEREFORE ORDERED** that the Debtor's Motion states good cause be and it hereby is GRANTED

**IT IS THEREFORE ORDERED** that hearing on debtor's motion to incur debt to purchase a motor vehicle be scheduled for April 30, 2020 at 1:00 pm.

**IT IS SO ORDERED.**

###

Submitted by,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

## SERVICE LIST

Lauren Helbling, Chapter 13 Trustee, Via ECF at ch13trustee@ch13cleve.com

William Balena, Attorney for Debtors Via ECF at docket@ohbksource.com

Randall Maximovich, 6496 Brighton Drive, north Olmsted, OH 44070